UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-1278-1

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER MODIFYING AND** |
| | ) | **CONTINUING SUPERVISION** |
| vs. | ) | |
| | ) | |
| **William J. Oyola** | ) | |
| | ) | |

On September 10, 2014, William J. Oyola appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 1), was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on March 4, 2015, the court finds as a fact that William J. Oyola, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to complete substance abuse assessment within 30 days of judgment and failure to attend substance abuse counseling as directed.
3. Failure to report for jail placement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be continued with the following modification:

That the term of supervision shall be extended for a period of six (6) months from the expiration date of September 9, 2015, until March 9, 2016.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 4th day of March, 2015

*Robert T. Numbers II*

Robert T. Numbers, II
U.S. Magistrate Judge